UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBY K. BRADY,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | No. 2:19-cv-01116-AC<br><br><br>ORDER |

      Plaintiff is proceeding in this social security matter pro se. The matter is accordingly referred to the undersigned pursuant to E.D. Cal. 302(c)(21) and Appx. A(j)(1). On June 18, 2019 plaintiff was served with a Consent or Decline form which she was directed to file by September 19, 2019. ECF No. 3. Plaintiff did not file the form indicating whether she consents to Magistrate Judge jurisdiction.

      In light of plaintiff's pro se status, the court informs plaintiff that consenting to Magistrate Judge jurisdiction is not required but is the general practice for Social Security cases in the Eastern District of California. In this district, Magistrate Judges are most familiar with Social Security cases and the applicable law. Consent to Magistrate Judge jurisdiction enables the Magistrate Judge to rule directly on the case, which prevents delay. If plaintiff chooses to decline Magistrate Judge jurisdiction, this case will be assigned to a District Judge. In that case, the

matter will likely be referred to the Magistrate Judge for preparation of findings and recommendations, which will then be sent to the district judge for a final order after a period of time for objections from either party. That process takes more time. In this case, the defendant has already agreed to Magistrate Judge jurisdiction. ECF No. 4.

The Clerk of Court is hereby directed to serve this order and a second copy of the Consent or Decline form upon plaintiff, and plaintiff is ORDERED to file his consent or decline form no later than October 18, 2019. Failure to file the form may result in dismissal for failure to prosecute this case.

IT IS SO ORDERED.

DATED: October 7, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE