UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBY K BRADY,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:19-cv-01116-KJM-AC<br><br><br><br>ORDER |

    Plaintiff, who was formerly proceeding in this social security matter in pro se, has retained counsel. ECF No. 13. On October 22, 2019, the undersigned issued findings and recommendations that this case be dismissed for failure to prosecute because plaintiff failed to timely file her consent or decline form for magistrate judge jurisdiction. ECF No. 10. Plaintiff subsequently filed the form, ECF No. 12, and objections to the findings and recommendations. ECF No. 13.

    For good cause shown, the findings and recommendations at ECF No. 10 are hereby VACATED. Further, because all parties have consented to magistrate judge jurisdiction (ECF Nos. 4, 12), the clerk of court is DIRECTED to remove the district judge from this case.

    IT IS SO ORDERED.

DATED: October 29, 2019

                                                                                              ALLISON CLAIRE<br>
                                                                            UNITED STATES MAGISTRATE JUDGE