Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
DEBBY K. BRADY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBY K. BRADY, | Case No.: 2:19-cv-01116-AC |
| Plaintiff, | |
| v. | STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended thirty-five (35) days, from the original deadline, such that Plaintiff's new deadline, with the Court's approval, will be January 3, 2020. This is Plaintiff's first request for an extension of time. Plaintiff's counsel has been unable to prepare Plaintiff's opening brief in accordance with the current scheduling order due to recently substituting into this case and conflicting deadlines in unrelated matters. With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: November 29, 2019          Respectfully submitted,


                                                /s/ *JARED WALKER*
                                                Jared T. Walker,
                                                Attorney for Plaintiff

SO STIPULATED:

                                McGREGOR W. SCOTT
                                United States Attorney

Dated: December 2, 2019      By:   /s/ *Margaret Lehrkind
                                         (*authorized by email on 12/02/2019)
                                         Margaret Lehrkind
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant

                                                ORDER

APPROVED AND SO ORDERED:

Dated: December 2, 2019                          _____
                                               ALLISON CLAIRE
                                               UNITED STATES MAGISTRATE JUDGE