| | |
|---|---|
| 1 | Jared Walker (SB#269029) |
| 2 | P.O. Box 1777<br>Orangevale, CA 95662 |
| 3 | T: (916) 476-5044<br>F: (916) 476-5064 |
| 4 | jared@jwalker.law |
| 5 | Attorney for Plaintiff, |
| 6 | DEBBY K. BRADY |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBY K. BRADY,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL,<br>Commissioner of the Social Security<br>Administration,<br><br>    Defendant. | Case No.: 2:19-cv-01116-AC<br><br>STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended fourteen (14) days, from the original deadline, such that Plaintiff's new deadline, with the Court's approval, will be January 17, 2020. If approved, this would be Plaintiff's second extension of time to file her dispositive motion and arises from counsel's need for additional time due to the length of the record in this case and conflicting demands of counsel's full-time employment with a private firm  With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated: January 2, 2020         Respectfully submitted,


                               /s/ *JARED WALKER*
                               Jared T. Walker,
                               Attorney for Plaintiff
STIPULATION FOR SECOND EXTENSION OF TIME
FOR PLAINTIFF TO FILE OPENING BRIEF

SO STIPULATED:

                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated: January 2, 2020         By:   /s/ *Margaret Lehrkind
                                               (*authorized by email on 1/02/2020)
                                             Margaret Lehrkind
                                             Special Assistant United States Attorney
                                             Attorneys for Defendant

                                                     <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: January 2, 2020                      _/s/ Allison Claire_
                                             ALLISON CLAIRE
                                             UNITED STATES MAGISTRATE JUDGE