McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
E-mail: Margaret.Lehrkind@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DEBBY K. BRADY,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:19-cv-01116-AC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR AN EXTENSION OF TIME** |

IT IS HEREBY STIPULATED THAT, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from February 19, 2020 to March 20, 2020, for Defendant to respond to Plaintiff's Motion for Summary Judgment (Dkt. No. 20).

This is Defendant's first request for an extension of time. Good cause exists for this extension due to Defendant's counsel's workload as described below. Since Plaintiff's Opening

Certificate of Service; 2:19-cv-01116-AC

1

Brief was filed on January 20, 2020, Plaintiff has been reassigned additional cases to cover for colleagues who are out on extended leave, as well as two Ninth Circuit appeals. Counsel is also responsible for other substantive non-litigation matters in the Office of General Counsel.

Additional time is required to review the record, to evaluate the issues raised in Plaintiff's brief, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's motion. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

Dated: January 5, 2020

Respectfully submitted,

LAW OFFICE OF JARED T. WALKER, PC

*/s/ Jared Walker*
(as authorized via email on January 5, 2020)
JARED WALKER, ESQ.
Attorney for Plaintiff

Dated: January 5, 2020

McGREGOR SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional chief Counsel, Region IX
Social Security Administration

*/s/ Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant U.S. Attorney
Attorneys for Defendant

Certificate of Service; 2:19-cv-01116-AC

2

ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Dated: February 6, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE