McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
E-mail: Margaret.Lehrkind@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DEBBY K. BRADY,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:19-cv-01116-AC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF; [PROPOSED] ORDER** |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will issue a decision finding the claimant disabled beginning on December 4, 2016.

Stip. to Voluntary Remand & Prop. Order; 2:19-cv-01116-AC

1

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated:  March 17, 2020         LAW OFFICE OF JARED T. WALKER, PC

*/s/ Jared Thomas Walker \**
(*as authorized via email on March 17, 2020)
Jared Thomas Walker
Attorney for Plaintiff

Dated:  March 17, 2020         McGREGOR SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:     */s/ Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant U.S. Attorney
Attorneys for Defendant

Stip. to Voluntary Remand & Prop. Order; 2:19-cv-01116-AC

2

1

## ORDER

Pursuant to the above Stipulation, and for good cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation.

Dated: March 18, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Voluntary Remand & Prop. Order; 2:19-cv-01116-AC

3