1  Jared Walker (SB#269029)
   P.O. Box 1777
2  Orangevale, CA 95662
   T: (916) 476-5044
3  F: (916) 476-5064
   jared@jwalker.law
4

5  Attorney for Plaintiff,
   DEBBY K. BRADY
6

7                       IN THE UNITED STATES DISTRICT COURT

8                            EASTERN DISTRICT OF CALIFORNIA

9  DEBBY K. BRADY,                          Case No.: 2:19-cv-01116-AC

10         Plaintiff,
                                             STIPULATION AND ~~PROPOSED~~ ORDER
11         v.                                FOR THE AWARD OF ATTORNEY FEES
                                             PURSUANT TO THE EQUAL ACCESS TO
12 ANDREW M. SAUL,                           JUSTICE ACT, 28 U.S.C. § 2412(d)
   Commissioner of the Social Security
13 Administration,

14         Defendant.

15

16

17         IT IS HEREBY STIPULATED by and between the parties through their undersigned

18 counsel, subject to the approval of the Court, that plaintiff DEBBY K. BRADY (Plaintiff) be

19 awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. §

20 2412(d), in the total amount of Five Thousand Seven Hundred Six Dollars ($5,706.00). This amount

21 represents compensation for all legal services and expenses incurred on behalf of Plaintiff by

22 counsel in connection with this civil action.

23         Upon the Court's issuance of an order granting EAJA fees to Plaintiff, the government will

24 determine the issue of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to <u>Astrue

25 v. Ratliff</u>, 560 U.S. 586, 597-598 (2010), the ability to honor the assignment will depend on if the

26 fees are subject to any offset allowed under the United States Department of the Treasury's Offset

27 Program.  After the order for EAJA fees is entered, the government will determine whether they are

28 subject to any offset.

1. Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government will cause the payment of fees to be made directly to Plaintiff's attorney, LAW OFFICE OF JARED T. WALKER, P.C., pursuant to the assignment executed by Plaintiff.  Any payments made to Plaintiff will be delivered to JARED T. WALKER.

This stipulation constitutes a settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA or otherwise. Payment of the agreed amount will constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's attorney, including LAW OFFICE OF JARED T. WALKER, P.C., may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated:  April 23, 2020                    Respectfully submitted,

/s/ *Jared Walker*
JARED T. WALKER,
Attorney for Plaintiff

SO STIPULATED:


McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/ *Margaret Lehrkind*
MARGARET LEHRKIND
(*authorized by e-mail on 4/20/2020*)
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation for Award of Attorney Fees pursuant to the Equal Access to Justice Act (EAJA),

IT IS ORDERED that EAJA fees and expenses are awarded to plaintiff in the amount of Five Thousand Seven Hundred Six Dollars ($5,706.00), inclusive of all amounts claimed, subject to and in accordance with the terms of the parties' foregoing Stipulation.

Dated: April 24, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE